UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :

TRUSTEES FOR THE MASON TENDERS DISTRICT   :
COUNCIL WELFARE FUND, PENSION FUND,      :
ANNUITY FUND, AND TRAINING PROGRAM     :        25-CV-8662 (JMF)
FUND et al.,                            :
                    :              ORDER
          Petitioners,       :
                    :
       -v-                :
                    :

M.A.B. RENOVATION GROUP CORP.,        :
                    :
          Respondent.       :
                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 20, 2025, Petitioners filed a petition to confirm an arbitration award.  Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment."  *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **November 12, 2025**.  Respondent's opposition, if any, is due on **December 3, 2025**.  Petitioners' reply, if any, is due **December 10, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **November 12, 2025**, and shall file an affidavit of such service with the court no later than **November 13, 2025**.

SO ORDERED.

Dated: October 22, 2025
      New York, New York

                                      _____
                                         JESSE M. FURMAN
                                         United States District Judge