UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

TRUSTEES FOR THE MASON TENDERS          :
DISTRICT COUNCIL WELFARE FUND,          :
PENSION FUND, ANNUITY FUND, and         :
TRAINING PROGRAM FUND, and ANNA         :
GUTSIN, in her fiduciary capacity as Director, :
                                        :
                                        :
        and                             :       Civil Action
                                        :       No.  25 CV 08662(JMF)
DAVID BOLGER, as Business Manager       :
of the MASON TENDERS DISTRICT COUNCIL  :       ECF CASE
OF GREATER NEW YORK,                    :
              Petitioners,              :
                                        :       **JUDGMENT**
        -against-                       :
                                        :
M.A.B. RENOVATION GROUP CORP.,          :
              Respondent.               :
-------------------------------------------------------------x

The Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund,

Annuity Fund and Training Program Fund and David Bolger, as the Business Manager of the

Mason Tenders District Council of Greater New York (hereinafter "Petitioners") having

commenced this action on October 20, 2025 by the filing of a petition, and M.A.B.

RENOVATION GROUP. CORP.(hereinafter "Respondent") having been duly served on

October 30, 2025 with a copy of the petition by service upon Respondent's agent for service of

process at the Office of the Secretary of State of the State of New York, and Respondent having

failed to appear, answer or otherwise move with respect to the petition seeking to confirm and

enforce the October 22, 2024 opinion and award of arbitrator Richard Adelman ordering

Respondent to pay Petitioner union trust funds $602,832.08 in delinquent benefit contributions

and other monies; and in light of the fact that the Court is being asked to confirm and enforce an arbitration award; it is now

**ORDERED, ADJUDGED AND DECREED**, that as there exists no genuine dispute as to any material fact to Petitioners seeking to confirm and enforce the arbitration award of Richard Adelman dated October 22, 2024, it is hereby confirmed in all respects; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Petitioners Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund, and the Mason Tenders District Council of Greater New York have judgment against Respondent in the principal amount of $602,832.08 under the arbitration award; and it is further

**ORDERED, ADJUDGED AND DECREED**, that interest accrue at the legal rate on the damages herein from the date of entry of judgment until the judgment is paid.

The Clerk of Court is directed to close the case.

Dated:  December 12, 2025
New York, NY

U.S.D.J. Jesse M. Furman